IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BARTLEY MANNIS and SHELLY MANNIS**                          **PLAINTIFFS**

**v.**                          **Case No. 5:16-cv-00192 KGB**

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC.,** *et al.*                          **DEFENDANTS**

## ORDER

Before the Court is the petition for voluntary non-suit and/or dismissal without prejudice filed by plaintiffs Bartley and Shelly Mannis (Dkt. No. 8). Mr. and Mrs. Mannis request that the Court dismiss their claims in this matter without prejudice. Therefore, this case is hereby dismissed without prejudice. All pending motions are denied as moot (Dkt. No. 6).

So ordered this 13th day of September, 2016.

_____
Kristine G. Baker
United States District Judge